In The United States District Court
Northern District of Illinois

Abdul Love
   petitioner

vs.           No: 13CV3338

Michael Lemke
   respondent

## Motion For Status

Now comes petitioner Abdul Love, pro se moves this Honorable Court for a status update in the above captioned case. In support thereof petitioner states:

1. On May 2, 2013, petitioner filed a habeas corpus petition alleging that a disciplinary infraction he sustained on July 8, 2011, was procedurally defective and as a result (1) one year good time credit was taken.

2. On September 3, 2014, this Court issued an order granting petitioner 30 days

FILED
11-26-14
NOV 26 2014 MP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

to amend said petition.

3. On September 30, 2014, petitioner submitted a(n) amended habeas corpus petition to the court.

4. Petitioner has not received anything from the court acknowledging receipt of the amended petition or its status.

Wherefore petitioner request this honorable court enter an order for a status update in this case.

Respectfully submitted

Abdul Love M10108
Stateville Correctional Center
P.O. Box 112
Joliet, Il
60434

Dated: November 23, 2014