IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDUL LOVE, M10108, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 13 C 3338 |
| | ) | |
| SCOTT THOMPSON, Acting Warden, | ) | |
| Pinckneyville Correctional Center, | ) | The Honorable |
| | ) | Charles P. Kocoras, |
| Respondent. | ) | Judge Presiding. |

## STATUS REPORT IN STAYED HABEAS CORPUS CASE

Respondent reports that petitioner's successive postconviction petition (*People v. Love*, No. 05 CF 3811) remains pending in the Circuit Court of Lake County, Illinois. The next court date in the case is May 31, 2019. Given the status of the state court proceedings, the Court may wish to postpone the status hearing scheduled for April 18, 2019. A postponement of six months would be appropriate.

April 10, 2019

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: /s/ *Evan B. Elsner*
Evan B. Elsner, Bar No. 6308960
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
Phone: (312) 814-2139
Fax: (312) 814-2253
Email: eelsner@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I certify that on April 10, 2019, I electronically filed the above **Status Report in Stayed Habeas Corpus Case** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a paper copy via United States Postal Service to the following non-CM/ECF user:

    Abdul Love, M10108
    Pinckneyville Correctional Center
    5835 State Route 154
    Pinckneyville, Illinois  62274

                                            /s/ *Evan B. Elsner*
                                            Evan B. Elsner, Bar No. 6308960
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601-3218
                                            Phone: (312) 814-2139
                                            Fax: (312) 814-2253
                                            Email: eelsner@atg.state.il.us